## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. MAUTHE,** | : | **CIVIL ACTION** |
| **individually and as the representative** | : | |
| **of a class of similarly-situated persons,** | : | |
| *Plaintiff,* | : | |
| **v.** | : | **NO. 18-1968** |
| | : | |
| **ITG, INC., et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 1st day of July 2019, upon consideration of Defendants'

Motions for Reconsideration of Defendant's Motion to Dismiss the Class Action

Complaint (ECF Nos. 58 & 60), Plaintiff's Response (ECF No. 61), Defendants'

Reply (ECF No. 62 & 63), and in accordance with the accompanying

Memorandum, it is hereby **ORDERED** that Defendants' Motions for

Reconsideration of Defendant's Motion to Dismiss the Class Action Complaint

(ECF Nos. 58 & 60) are **GRANTED without prejudice**.

Plaintiff is granted leave to file an Amended Complaint **on or before July**

**15, 2019**. The failure to file an Amended Complaint by **July 15, 2019**, may result

in dismissal of the case for failure to prosecute.

BY THE COURT:

CHAD F. KENNEY, JUDGE