# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT W. MAUTHE, MD, PC,** *individually and as the representative of a class of similarly-situated persons,* *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : | No. 18-1968 |
| | : | |
| **ITG, INC., et al.,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 29th day of August 2019, upon consideration of Defendants' Motions to Dismiss the Amended Complaint (ECF Nos. 72 & 73), Plaintiff's Response (ECF No. 74), Defendants' Replies (ECF No. 75 & 76), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss the Amended Complaint (ECF Nos. 72 & 73) are **GRANTED with prejudice**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE