IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. MAUTHE | : | CIVIL ACTION |
| M.D., P.C., *Individually and as the* | : | |
| *representative of a class of* | : | |
| *similarly-situated persons* | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| ITG INC., *et al.* | : | |
|     *Defendants*. | : | NO. 18-1968 |

## ORDER

**AND NOW**, this 30th day of June 2021, having considered the Parties' Joint Status Report (ECF No. 125), it is hereby ORDERED that this case is hereby STAYED until July 21, 2021 in anticipation of the parties' motion for preliminary approval, to be filed on or by July 21, 2021.

                                                **BY THE COURT:**

                                                /s/ Chad F. Kenney

                                                **CHAD F. KENNEY, JUDGE**